UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:20-cr-__00542-SI__ |
| v. | **INFORMATION** |
| **JAMES ORR,** | **18 U.S.C. § 1709** |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1**
**(Theft of Mail by Postal Employee)**
**(18 U.S.C. § 1709)**

On or about September 10, 2019, in the District of Oregon, defendant **JAMES ORR**, being employed by the United States Postal Service, did embezzle an article of mail and did steal a check therefrom, which had been misaddressed to the payee of said check at 1**** SE 177th

Court, Clackamas, Oregon, and had been entrusted with postage paid to the United States Postal Service and to defendant for delivery to that address.

All in violation of Title 18, United States Code, Section 1709.

Dated: December 15, 2020

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

*/s/ Ryan W. Bounds*
RYAN W. BOUNDS, OSB #00012
Assistant United States Attorney